In the Matter of DANIEL GOLDSTEIN et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 64 AD3d 168.

Motion by Willets Point United, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.